IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND<br>SOUTHWEST AREAS PENSION FUND, and<br>HOWARD MCDOUGALL, trustee<br><br>    Plaintiffs,<br><br>v.<br><br>INTERNATIONAL COMFORT PRODUCTS<br>(USA), LLC, a Delaware limited liability company,<br>formerly known as Heil-Quaker Corporation,<br><br>    Defendant. | Civil No. 3:07-0383<br>Judge Trauger |

## O R D E R

The Agreed Motion to Extend Discovery and Dispositive Motion Schedule (Docket No. 34) is **GRANTED IN PART**. The following are hereby **ORDERED**:

1. The fact discovery deadline is extended to March 7, 2008.

2. A joint mediation report shall be filed by March 7, 2008.

3. Dispositive motions shall be filed by April 14, 2008, with responses due by May 5, 2008 and optional replies by May 12, 2008. All other terms of the Initial Case Management Order entered August 23, 2007 (Docket No. 32) remain in effect.

It is so **ORDERED**.

ENTER this 12th day of February 2008.

_____
ALETA A. TRAUGER
U.S. District Judge